IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC.; THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., CONWAY BRANCH; CLAYTON BROWN; JERMAINE BROWN; and KRIS BRYANT,<br><br>      Plaintiffs,<br><br>v.<br><br>LEFTIS FOODS, INC., d/b/a PAN AMERICAN PANCAKE & OMELET HOUSE,<br><br>      Defendants. | Civil Action No.: 4:11-CV-01295-RBH<br><br><br><br>**PLAINTIFFS' MOTION TO DISMISS THE COUNTERCLAIM** |

  Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the National Association for the Advancement of Colored People, Inc. ("NAACP"), the NAACP's Conway Branch, Clayton Brown, Jermaine Brown, and Kris Bryant (collectively, "Plaintiffs") respectfully move for an order dismissing the Counterclaim filed by Leftis Foods, Inc. and Pan American Pancake & Omelet House (collectively, "Pan American").

  This motion is based on the accompanying Memorandum in Support of Plaintiffs' Motion to Dismiss the Counterclaim. As set forth more fully in the accompanying memorandum, Pan American has not stated a claim for abuse of process against Plaintiffs for two reasons. First, Pan American fails to allege that Plaintiffs used "a legal procedure for a purpose not intended by the procedure." *Food Lion, Inc. v. United Food & Commercial Workers*

- 1 -

*Int'l Union*, 567 S.E. 2d 251, 253 (S.C. Ct. App. 2002). Second, Pan American does not allege facts suggesting that some "ulterior purpose" other than remedying race discrimination was Plaintiffs' "sole or paramount reason for acting." *S. Glass & Plastics Co. v. Duke*, 626 S.E.2d 19, 24 (S.C. Ct. App. 2005).

DATED: August 4, 2011.                                             Respectfully submitted,

/s/ D. Peters Wilborn, Jr.
D. Peters Wilborn, Jr., Federal ID #7609
DERFNER, ALTMAN & WILBORN, L.L.C.
575 King Street
P.O. Box 600
Charleston, SC 29402
Tel: (843) 723-9804
Fax: (843) 723-7446

*Intend to file motions to appear pro hac vice:*
Donald J. Ridings, Jr.
Henry Liu
Andrew Soukup
Jihad Beauchman
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Tel.: (202) 662-6000
Fax: (202) 778-6000

*Attorneys for Plaintiffs*

*Of counsel:*
Emily Read
Richard Ritter
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
Tel.: (202) 319-1000
Fax: (202) 319-1010

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011 I electronically filed Plaintiffs' Motion To Dismiss the Counterclaim and the Memorandum In Support of Plaintiffs' Motion To Dismiss the Counterclaim with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

s/ []
[]